IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **THESOLONIA BAKER,** | CASE NO.: 2:08-cv-01370-DAD |
| Plaintiff, | **ORDER** |
| **v.** | |
| **J. WALKER, et al.,** | |
| Defendant. | |

Defendants have filed a request for an extension of time to respond to plaintiff's complaint.  Good cause appearing, IT IS HEREBY ORDERED that defendants' request is granted.  Defendants shall file a responsive pleading in this matter on or before December 4, 2008.

DATED: November 14, 2008.

_____

DALE A. DROZD

UNITED STATES MAGISTRATE JUDGE

/bake1370.36rp