IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **THESOLONIA BAKER,**<br><br>                              Plaintiff,<br><br>     v.<br><br>**J. WALKER, et al.,**<br><br>                              Defendant. | CASE NO.: 2:08-cv-01370-KJD<br><br>**[PROPOSED] ORDER GRANTING DEFENDANTS' SECOND REQUEST FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S COMPLAINT** |

Defendants' second request for an extension of time to respond to Plaintiff's complaint was considered by this Court, and good cause appearing.

IT IS HEREBY ORDERED that Defendants have until December 12, 2008, to file and serve their responsive pleading.

Dated: December 10, 2008

_____
United States District ~~Court Magistrate~~ Judge