1
2
3
4                          UNITED STATES DISTRICT COURT
5                           EASTERN DISTRICT OF CALIFORNIA
6
7  THESOLONIA BAKER,                        )
                                            )
8                        Plaintiff,         )   Case No. 2:08-cv-01370-KJD-PAL
                                            )
9  vs.                                      )            **ORDER**
                                            )
10 J. WALKER, et al.,                       )   (Mtn for Reconsideration - Dkt. #37)
                                            )
11                       Defendants.        )
   _____)
12

13      This matter is before the court on Plaintiff's Motion for Permission to File a Motion for
14 Reconsideration and a Motion to Reconsider (Dkt. #37), which were filed together as one document.
15 The court has considered the Motion.
16      Plaintiff seeks to have the court reconsider it's Order (Dkt. #33) denying Plaintiff's Motion to
17 Compel (Dkt. #25) on the grounds that (a) the court should not have relied on Defendants' assertions
18 that they not in possession, custody, or control of responsive documents; (b) the documents Plaintiff
19 requested are relevant; (c) Rule 11 of the Federal Rules of Civil Procedure prohibits the court from
20 accepting Defendants' representations concerning possession, custody, or control of certain documents;
21 and (d) the court should not have sustained Defendants' objections to Plaintiff's request for personnel
22 files on the grounds of privilege.
23      Reconsideration of a previous order is appropriate where the court: (1) is presented with newly
24 discovered evidence, (2) committed clear error or the initial decision was manifestly unjust, or (3) if
25 there is an intervening change in controlling law. *See All Hawaii Tours, Corp. v. Polynesian Cultural*
26 *Center*, 116 F.R.D. 645, 648 (D.Hawaii 1987), *rev'd on other grounds*, 855 F.2d 860 (9th Cir.1988).
27 There may also be other, highly unusual, circumstances warranting reconsideration. *Sch. Dist. No. 1J v.*
28 *ACandS, Inc.*, 5 F.3d 1255, 1263 (9th Cir. 1993).  Here, Plaintiff has not met his burden of establishing

grounds for reconsideration of the court's previous Order (Dkt. #33). Defendants' discovery responses were signed under Rule 26(g)(1) of the Federal Rules of Civil Procedure, which provides that by signing, to the best of defense counsel's knowledge, information, and belief formed after reasonable inquiry, their responses were complete and correct. The documents Plaintiff seeks are not in Defendants' possession, custody, or control.

Accordingly,

**IT IS ORDERED** that Plaintiff's Motion for Permission to File a Motion for Reconsideration (Dkt. #37) is GRANTED. Plaintiff's Motion to Reconsider is DENIED.

Dated this 28th day of January, 2011.

_____
PEGGY A. LEEN
UNITED STATES MAGISTRATE JUDGE